# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMEBR 4, 2025

## NO. 03-25-00215-CV

**Law Offices of Miller & Bicklein, PC and Daniel Miramontes, Appellants**

**v.**

**Ace American Insurance Company, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on March 13, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.